UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 1:22-CR-00234 |
| VERSUS | DISTRICT JUDGE DRELL |
| DERRICK SWAFFORD AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendant's guilty pleas to Counts 1 and 2 ARE ACCEPTED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this __8th__ day of March 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT